381 A.2d 901

Commonwealth v. Turner, Appellant.

Argued September 20, 1977. Irvin J. Kopf, for appellant; Randolph L. Goldman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

381 A.2d 901

Commonwealth v. Warner, Appellant.

Argued September 21, 1977. Walter Michael Dinda, for appellant; Randolph L. Goldman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.